UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD PLEASANT,

    Plaintiff,

v.

ALISA WARNER, *et al.*,

    Defendants.

CASE NO. 3:19-cv-05249-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 8). No objections to the Report and Recommendation were filed. The Court finds and **ORDERS** that the Report and Recommendation is **ADOPTED** and that the matter is dismissed without prejudice. Plaintiff's *in forma pauperis* status is revoked for purposes of appeal, and the case is closed. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 30th day of September, 2019.

ROBERT J. BRYAN
United States District Judge